| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Clifton, Richard R | 2. Court or Organization<br><br>9th Circuit | 3. Date of Report<br><br>04/21/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>999 Bishop Street, Suite 2010<br>Honolulu, Hawaii 96813 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | American Judicature Society, Hawaii Chapter |
| 2. Director | Hawaii Public Radio |
| 3. Director | Hawaii Women's Legal Foundation |
| 4. Director | Ninth Judicial Circuit Historical Society |
| 5. Co-trustee | Trust #1 |
| 6. Co-trustee | Trust #2 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/95 | Cades Schutte Fleming & Wright Partnership Resolutions (including retirement terms, no control) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 04/21/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Cades Schutte Fleming & Wright | $ 82,317 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Self-employed, dietitian consultant |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 04/21/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 04/21/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Hawaiian Bank savings | A | Interest | K | T | | | | | |
| 2. First Hawaiian Bank checking | A | Interest | K | T | | | | | |
| 3. Hawaii Central Credit Union | A | Interest | J | T | | | | | |
| 4. Univ of Hawaii FCU | A | Interest | M | T | | | | | |
| 5. Goodyear common | A | Dividend | J | T | | | | | |
| 6. Hawaiian Electric Industries common | B | Dividend | K | T | | | | | |
| 7. Brokerage acct #1 | | | | | | | | | |
| 8. -- Echostar Communications common | | None | L | T | | | | | |
| 9. -- IBM common | A | Dividend | K | T | | | | | |
| 10. -- Metromedia Fiber Networks common | | None | J | T | | | | | |
| 11. -- Real Networks common | | None | J | T | | | | | |
| 12. Ixis Cash Mgtmt Trust | A | Dividend | J | T | | | | | |
| 13. Fidelity Growth & Income (IRA) | A | Dividend | K | T | | | | | |
| 14. Fidelity Magellan Fund (IRA) | A | Dividend | K | T | | | | | |
| 15. Oppenheimer Growth Fund A (IRA) | A | Dividend | K | T | | | | | |
| 16. Brokerage acct #2 | | | | | | | | | |
| 17. -- Amgen common | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 04/21/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Applied Materials common | | None | K | T | | | | | |
| 19. -- Ballard Power Systems common | | None | J | T | | | | | |
| 20. -- Ciena common | | None | J | T | | | | | |
| 21. -- Hewlett Packard common | A | Dividend | J | T | | | | | |
| 22. -- Intel common | A | Dividend | K | T | | | | | |
| 23. -- Nokia Corp Spon ADR | A | Dividend | J | T | | | | | |
| 24. -- Charles Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 25. -- Hawaii state bonds | | None | K | T | | | | | |
| 26. IRA acct #3 | | | | | | | | | |
| 27. -- Intel common | A | Dividend | K | T | | | | | |
| 28. -- Merck common | A | Dividend | J | T | | | | | |
| 29. -- Microsoft common | A | Dividend | J | T | | | | | |
| 30. -- Freescale Semiconductor Class B common | A | Distribution | J | T | Spinoff | 12-2 | J | | |
| 31. -- Motorola common | A | Dividend | J | T | | | | | |
| 32. -- Jundt Growth Fund Class I | A | Dividend | J | T | | | | | |
| 33. -- Templeton Growth Fund class A | B | Dividend | L | T | | | | | |
| 34. CREF Stock Fund | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 04/21/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CREF Global Equities | | None | J | T | | | | | |
| 36. Brokerage acct #4 | | | | | | | | | |
| 37. -- Boeing common | A | Dividend | J | T | | | | | |
| 38. -- Hewlett Packard Common | A | Dividend | J | T | | | | | |
| 39. -- Charles Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 40. Banc One Group Equity Index Fund A | A | Dividend | K | T | | | | | |
| 41. Brokerage acct #5 | | | | | | | | | |
| 42. -- Motorola Common | A | Dividend | J | T | | | | | |
| 43. -- Freescale Semiconductor Class B common | A | Distribution | J | T | | | | | |
| 44. -- Charles Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 45. Bank One Group Equity Index Fund A | A | Dividend | K | T | | | | | |
| 46. Agence 21, Inc. common | | None | L | W | | | | | |
| 47. MAAS Intek, Inc. common | | None | J | W | | | | | |
| 48. RepNet, Inc. | | None | J | W | | | | | |
| 49. HR-10 and 401K accounts | D | Dividend | P1 | T | | | | | |
| 50. -- American Funds AMCAP Fund | | | | | | | | | |
| 51. -- Oppenheimer Main Street Small Cap Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 04/21/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -- American Funds Investment Co of America (HR-10) | | | | | | | | | |
| 53. -- American Funds Wash Mutual Invs (HR-10) | | | | | | | | | |
| 54. -- PIMCO Total Return - A (HR-10) | | | | | | | | | |
| 55. -- INVESCO Stable Value Fund (HR-10) | | | | | | | | | |
| 56. Northwestern Mutual whole life | B | Dividend | L | | | | | | |
| 57. Northwestern Mutual extra ordinary life | B | Dividend | K | | | | | | |
| 58. Midland National whole life | A | Dividend | J | | | | | | |
| 59. Trust #1 | | | O | | | | | | |
| 60. -- JP Morgan Municipal Money Market Fund | | | | | | | | | |
| 61. -- Cash | | | | | | | | | |
| 62. -- Dow Jones US Utilities Index Fund | | | | | | | | | |
| 63. -- Russell Midcap Index Fund | | | | | | | | | |
| 64. -- S&P 500 Index Fund | | | | | | | | | |
| 65. -- S&P 500 Growth Index Fund | | | | | | | | | |
| 66. -- Van Kampen Growth & Index Fund Cl A | | | | | | | | | |
| 67. -- GMAC notes | | | | | | | | | |
| 68. -- Cottage Grove, Minn municipal bonds | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 04/21/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Jefferson City, Ala municipal bonds | | | | | | | | | |
| 70. -- Franklin Tax Free High Yield Income Fund Cl A | | | | | | | | | |
| 71. -- JP Morgan Intermediate Bond Fund Select Class | | | | | | | | | |
| 72. -- MFS Inter Income Trust | | | | | | | | | |
| 73. Trust #2 | | | O | | | | | | |
| 74. -- JP Morgan Municipal Money Market Fund | | | | | | | | | |
| 75. -- Cash | | | | | | | | | |
| 76. -- Dow Jones US Utilities Index Fund | | | | | | | | | |
| 77. -- Russell Midcap Index Fund | | | | | | | | | |
| 78. -- S&P Smallcap 600 Index Fund | | | | | | | | | |
| 79. -- S&P 500 Index Fund | | | | | | | | | |
| 80. -- GMAC notes | | | | | | | | | |
| 81. -- CIT Group Inc notes | | | | | | | | | |
| 82. -- Bank America Corp notes | | | | | | | | | |
| 83. -- Protective Life notes | | | | | | | | | |
| 84. -- Lakeville Minn School Dist bonds | | | | | | | | | |
| 85. -- Phelps-Clifton Springs NY Cent Sch Dist bonds | | | | | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                    J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes          P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
   (See Column C2)              Q =Appraisal              V =Other                   S =Assessment
                                   U =Book Value                                        W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 04/21/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Hamilton Heights Sch Bldg Corp Ind Ref bonds | | | | | | | | | |
| 87. -- Moline Ill Corp Purp bonds | | | | | | | | | |
| 88. -- Pasco Wash Wtr & Swr bonds | | | | | | | | | |
| 89. -- Fed Nat Mtg Assn bonds | | | | | | | | | |
| 90. -- Franklin Tax Free High Yield Income Fund Cl A | | | | | | | | | |
| 91. -- Insured Municipals Income Tr Unit Fund | | | | | | | | | |
| 92. -- Insured Municipals Income Tr Unit Fund | | | | | | | | | |
| 93. -- MFS Inter Income Tr Fund | | | | | | | | | |
| 94. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 04/21/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Investments and Trusts

I became a co-trustee of Trust #1 and Trust #2 sometime late last year, together with ██████ and a bank (which actually manages the accounts), when my ██████ resigned as trustees of their trusts. The first re ort I received was the year-end report.

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 04/21/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date  4/25/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544